1 Jeff S. Hood (Bar No. 216703)
  E-mail:jeff.hood@procopio.com
2 Phillip L. Kossy (Bar No. 71543)
  E-mail:phillip.kossy@procopio.com
3 Amber Gardina-Quintanilla (Bar No. 279777)
  E-mail:amber.gardina-quintanilla@procopio.com
4 PROCOPIO, CORY, HARGREAVES
     & SAVITCH LLP
5 12544 High Bluff Drive, Suite 400
  San Diego, CA 92130
6 Telephone: 858.720.6300
  Facsimile: 619.235.0398
7
  Attorneys for Plaintiff NuVasive
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL JONES and KENNETH KORMANIS,<br><br>    Defendants. | Case No. '18CV2373 BEN JLB<br><br>(Middle District of North Carolina Case No. 1:18-cv-00282)<br><br>**PLAINTIFF NUVASIVE, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NONPARTY ALPHATEC SPINE, INC.**<br><br>Date:<br>Time:<br>Dept.:<br>Judge: |

PLEASE TAKE NOTICE THAT ON _____, 2018 at _____ a.m./p.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at 221 West Broadway, San Diego, California 92101, Plaintiff NuVasive, Inc. ("NuVasive") will and hereby does move this Court for an order compelling non-party Alphatec Spine, Inc. ("Alphatec Spine") to produce documents requested through a valid subpoena. This motion is made on the grounds that said documents are relevant to the subject matter of the action and do not relate

1

to privileged matters, and Alphatec Spine's refusal to produce them is without justification.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith and the declaration of M. Thomas McFarland.

DATED: October 17, 2018               PROCOPIO, CORY, HARGREAVES & SAVITCH LLP


By:  s/Amber Gardina-Quintanilla
     Jeff S. Hood
     Phillip L. Kossy
     Amber Gardina-Quintanilla
     Attorneys for NuVasive