# EXHIBIT D

**From:** Keith Cochran <kcochran@fitzgeraldknaier.com>
**Date:** October 4, 2018 at 10:06:58 AM PDT
**To:** Thomas McFarland <TMcFarland@gsrm.com>
**Cc:** "Hood, Jeff S." <jeff.hood@procopio.com>, Tillie Noble <tnoble@gsrm.com>
**Subject: RE: NuVasive v. Jones, et al. - M.D.N.C. Case No. 6:17-cv-2206-ORL-41GJK - Subpoena Duces Tecum to ATEC**

Thomas,

Thank you for providing NuVasive's discovery requests and Mr. Kormanis' responses from the North Carolina action. We have reviewed the written discovery, and our position remains unchanged. Alphatec will not agree to provide supplemental responses.

Regards,

Keith

**Keith Cochran**
kcochran@fitzgeraldknaier.com



402 West Broadway, Suite 1400 · San Diego, CA 92101
Direct: 619.241.4807
Fax: 619.955.5318
www.fitzgeraldknaier.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

---

**From:** Thomas McFarland <TMcFarland@gsrm.com>
**Sent:** Wednesday, October 3, 2018 9:25 AM
**To:** Keith Cochran <kcochran@fitzgeraldknaier.com>
**Cc:** Hood, Jeff S. <jeff.hood@procopio.com>; Tillie Noble <tnoble@gsrm.com>
**Subject:** NuVasive v. Jones, et al. - M.D.N.C. Case No. 6:17-cv-2206-ORL-41GJK - Subpoena Duces Tecum to ATEC

Keith:

Thank you for the time this morning. As we discussed, please find NuVasive's discovery requests to Kenneth Kormanis in the above-referenced litigation.  Additionally, please find Mr. Kormanis' responses to that discovery.  As we agreed, we look forward to your response as to whether these change ATEC's stated positions in its objections to the subpoena issued to it in this litigation no later than October 10, 2018.

Regards,

**Thomas McFarland**
Gullett Sanford Robinson & Martin PLLC
150 Third Avenue South | Suite 1700 | Nashville, TN 37201
Phone | 615.921.4214  Fax | 615.256.6339
tmcfarland@gsrm.com | gsrm.com

CONFIDENTIALITY NOTICE: This email may contain privileged, confidential and/or other legally-protected information and is meant only for the use of the specific intended addressee(s). Your receipt is not intended to waive any applicable privilege. If you have received this email in error, you may not use, copy or retransmit it. Please delete it and all attachments immediately and notify the sender via separate email or by calling our offices at 615-244-4994.